**Order entered October 26, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00778-CV

### D. REGINALD STOVER, JACE HARKEY, ROBERT H. HOLMES AND THE HOLMES LAW FIRM, INC., Appellants

### V.

### ADM MILLING CO., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13400**

## ORDER

Before the Court is the October 24, 2017 motion of appellants Robert H. Holmes and The Holmes Law Firm, Inc. seeking a second extension of time to file appellant's brief. We **GRANT** the motion. Appellants Robert H. Holmes and The Holmes Law Firm, Inc's brief shall be filed by November 30, 2017. We caution appellants that further requests for extension will be disfavored.

.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE